IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:24CR48 |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHANSSEN GONZALEZ-SULUB, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant, Johanssen Gonzalez-Sulub's Motion to Continue Trial [35]. The defendant needs additional time to conduct plea negotiations. The court is advised that neither the government nor the co-defendant object to a continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [35] is granted, as follows:

1. The jury trial, as to both defendants, now set for November 19, 2024, is continued to **January 21, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 21, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:** October 22, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge