IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>JOHANSSEN GONZALEZ-SULUB and<br>ROBERTO OSORIO-GUZMAN,<br><br>    Defendants. | 8:24-CR-48<br><br>**FINAL ORDER OF FORFEITURE** |

   This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. Filing 76. Having reviewed the record in this case, the Court finds as follows:

   1. On February 10, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting defendant Roberto Osorio-Guzman's interest in the $23,794.00 and $2,139.00, both in United States currency. Filing 59.

   2. On March 28, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting defendant Johanssen Gonzalez-Sulub's interest in the $23,794.00 and $2,139.00, both in United States currency. Filing 73.

   3. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on February 11, 2025, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on April 14, 2025. Filing 75.

   4. On March 27, 2025, a Notice of Administrative Forfeiture was filed advising that the Drug Enforcement Administration had administratively forfeited the $23,794.00 United States currency. Filing 70.

5.  On December 11, 2024, Yazmin Tepoz submitted a Petition for Remission with the Drug Enforcement Administration.

6.  The Petition for Remission will be ruled on by the Money Laundering and Asset Recovery Section (MLARS) after the Final Order of Forfeiture.

7.  The Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1.  The Plaintiff's Motion for Final Order of Forfeiture, Filing 76, is granted;

2.  All right, title and interest in and to the $2,139.00 seized on or about December 13, 2023, held by any person or entity are forever barred and foreclosed;

3.  The $2,139.00 is forfeited to the Government; and

4.  The Government is directed to dispose of that currency in accordance with the law.

Dated this 14th day of April, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge